IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**CHARLES HUDSON,**
 **Plaintiff,**

v.            No: 5:06cv199/RS/MD

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**
 **Defendant.**
_____

**REPORT AND RECOMMENDATION**

 Plaintiff has filed a motion to dismiss complaint and represents that defendant does not object (doc. 18).

 Accordingly, it is respectfully RECOMMENDED that plaintiff's motion to dismiss complaint (doc. 18) be GRANTED pursuant to Fed. R. Civ. P. 41(a)(2), and that this cause be DISMISSED without prejudice.

 At Pensacola, Florida this 4th day of May, 2007.


          /s/ *Miles Davis*
          **MILES DAVIS**
          **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  See 28 U.S.C. § 636;** *United States v. Roberts,* **858 F.2d 698, 701 (11th Cir. 1988).**