IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHARLES HUDSON,

    Plaintiff,

vs.                                        CASE NO. 5:06cv199/RS

MICHAEL J. ASTRUE[1], Commissioner
of Social Security,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 19) which considers Plaintiff's Motion to Dismiss Complaint (Doc. 18). Defendant does not oppose that motion.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Plaintiff's Motion to Dismiss (Doc. 18) is granted pursuant to Fed. R. Civ. P. 41(a)(2), and this case is dismissed without prejudice.

3. The clerk is directed to close the file.

ORDERED on May 18, 2007.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**

---

[1]Michael J. Astrue succeeded Jo Anne B. Barnhart and is presently the Commissioner of Social Security. Therefore, he is automatically substituted as Defendant. *See* Fed. R. Civ. P. 25(d)(1).